# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

WILLIAM DAVID SEAL                                                                PLAINTIFF

VERSUS                                   CIVIL ACTION NO. 1:08-CV-175-LG-RHW

HARRISON COUNTY, MISSISSIPPI, ET AL.                              DEFENDANT

## AFFIDAVIT

STATE OF MISSISSIPPI

COUNTY OF HARRISON

Mark V. Watts, after first being duly sworn, deposes and says that he has personal knowledge of the facts set forth in this Affidavit:

1. That on September 10, 2009, I sent counsel for Defendant, Harrison County Sheriff, George Payne, in his official capacity, a Good Faith Certificate to be executed pursuant to Local Rule 37.1.

2. That I requested Defense counsel to return the executed Good Faith Certificate in the morning of September 11, 2009.

3. To date counsel for Defendant has not returned the executed Good Faith Certificate.

Further Affiant sayeth naught.

Witness my signature, this the 11TH day of September, 2009.

_____
MARK V. WATTS

Sworn to and subscribed before me, this the 11 day of September, 2009.

_____
NOTARY PUBLIC

My Commission Expires:

1/10/2010