# EXHIBIT B

Case 1:08-cv-00175-LG-RHW   Document 257-4   Filed 11/13/09   Page 1 of 5

# UNIFORM ARREST/BOOKING FORM

☐ JUVENILE INVOLVED

**Case Number:** 05-032316

- BILOXI ☐
- GULFPORT ☒
- LONG BEACH ☐
- PASS CHRISTIAN ☐
- D'IBERVILLE ☐
- HARRISON COUNTY ☐
- OTHER ☐

**Full Name of Person Arrested (Last, First, Middle):** Seal, William David
**Alias, Maiden, or Nickname:** N/A
**Address of Defendant:** 14 Heather Ln., Gulfport, MS. 39503
**Home Telephone Number:** (228) 832-7221
**DL State:** MS
**DL Number:** 435 M 70 399 1
**DL Type:** ☒ Operators
**DL Expiration Date:** 08/20/06
**Social Security Number:** ☒ Same as DL
**Occupation and Employer:** Biloxi Regional Hospital
**Age:** 50   **Sex:** M   **Race:** W   **Height:** 510   **Weight:** 220   **Hair:** Bro   **Eyes:** Blu
**Scars, Birth Marks, Tattoos, Amputations:** Scar - middle of back between shoulders
**Date of Birth:** 08/20/55   **Place of Birth:** New Orleans, La.
**Contact in Event of Emergency:** Cynthia L. Seal   **Relationship:** Wife
**Contact Address:** 14 Heather Ln., Gulfport, MS 39503
**Home Telephone Number:** (228) 832-7221
**Business Telephone Number:** (228) N/A

**Date of Arrest:** 09/4/05   **Day:** Su M Tu W Th Fr Sa   **Time of Arrest:** 2115   **Location of Arrest:** 14 Heather Ln., Gulfport, MS

| Charge/Offense | Felony/Misd/Traffic | Date of Offense | Court Date/Time | Bond Amount |
|---|---|---|---|---|
| Obscene/Harassing Phone Calls | Misdemeanor | 09/04/05 | Pending | $386.00 |
| Resisting Arrest | Misdemeanor | 09/04/05 | Pending | $631.00 |

**Total Bond:** $1017.00

**Custody Status:** ☒ Drinking, ☒ Drunk, ☒ Resistive, ☒ Belligerent
Municipal Court 1st

**Bond Authorized By:** Judge / HCSO / Municipal Court

**Arresting Officer (ID # and Name):** #6628 S. Waring
**Assisting Officer(s):** N/A
**Transporting Officer:** #6628 S. Waring

**How was Arrest Made?** ☒ On Call
**Other Persons Arrested for Same Offense:** ☒ None

**Officer Fingerprinting & Photographing:** E
**Property Seized?** ☒ No
**Telephone Call:** ☒ No   **# Called:** Hurricane Katrina
**Detective Notified:** ☒ No

**Individual Armed:** ☒ No   **Weapon:** --
**Vehicle Towed?** ☒ No
**Hold Placed On Vehicle?** ☒ No
**Supervisor Notified:** ☒ Yes   **Name:** #130 D. Wilder

**Defendants Rights Given By:** not given   ☒ Verbal / ☒ Form

**Facility:** Adult Detention ☐  Juvenile Detention ☐  Shelter ☐
**Fingerprints:** Yes ☐ No ☐   **Mug Shot Taken:** Yes ☐ No ☐

**EXHIBIT 1 Seal**

**What Prompted Arrest:** Suspect was found to be making harassing phone calls to dispatch and others at the Police Command Post at Gulfport.

# GULFPORT POLICE DEPARTMENT
## OFFENSE REPORT

**Juvenile Involved**

**Case Number:** 05-032816

**Offense:** Harassing Phone Calls / Resisting Arrest

**Location of Offense:** 14 Heather Ln., Gulfport, MS, 39503

**Firm Name, If Commercial:** N/A

**Occurred Date:** 09/04/05 to Date 09/04/05
**Time:** 2101 to Time 2109

**Date Reported:** 09/04/05
**Time Reported:** 2101

**Days of Week When Offense Occurred:** Su M Tu W Th Fr Sa

**Shift:** Q1 Q2 Q3

### Victim 1
- **Victim's Full Name:** Gulfport Police Department
- **Home Address:** N/A
- **Home Telephone Number:** N/A
- **DOB:** N/A
- **Sex:** —
- **Race:** —
- **Social Security Number:** N/A
- **Employer/School & Address:** 2220 15th St., Gulfport, MS, 39527
- **Business Telephone Number:** (228) 868-5980

### Suspect 2
- V ☒ RP / W QP
- **Full Name:** Harris, Joseph Tracy Jr.
- **Home Address:** On File, GPD
- **Home Telephone Number:** On File
- **DOB:** On File
- **Sex:** M
- **Race:** W
- **Social Security Number:** On File
- **Employer/School & Address:** GPD
- **Business Telephone Number:** (228) 868-5980

### 3
- V QRP W QP
- **Full Name:**

**Victim-Suspect Relationship:** ☒1 Q2 Q3 Stranger

**Items Processed for Latent Prints?** Q Yes ☒ No  Q Prints Attached  Q None Found (Attach Separate Narrative)

☒ Alcohol Related  Q Drug Related  Q Gaming Related  Q Gang Related

**Case Investigated:** ☒ By Telephone  ☒ At Scene  Q Walk In  Q Other

### Narrative:

(B-2) On 09/04/05, at about 2101 hours, I responded to 14 Heather Ln., Gulfport, MS, on a report of harassing phone calls to our dispatch and others at our command post. Upon arrival I contacted W/M suspect, took in custody, and confirmed that he had been making the harassing phone calls. W/M suspect had advised that he had been harassing the police department by phone. Suspect resisted arrest by attempting to flee and refusing to move his hands to his rear.

**Reporting Officer:** ID# 628 Name C. Waring
**Reviewing Supervisor:** ID# 6223 Name T. Smith 128
**Detective Assigned:**

### OFFENSE STATUS
**OPEN**
- Q Suspended / Inactive
- Q Patrol Follow-up
- Q Detective Follow-up
- Signed Affidavit? Q Yes Q No
- Evidence Disposition

**CLOSED**
- ☒ Cleared Adult Arrest
- Q Cleared Exceptional Adult
- Q Cleared Juvenile Arrest
- Q Cleared Exceptional Juvenile
- Q Unfounded
- Q Referred to Family Court
- Q Referred to Justice Court
- Q Referred to

**Attachments:** Q Suspect Report ☒ Narrative ☒ Custody  Q Vehicle Inventory

**Page:** 01 of 03



| ☐ Juvenile Involved | **GULFPORT POLICE DEPARTMENT** **NARRATIVE REPORT** | Case Number 05-032316 |
|---|---|---|

| ☐ Original Report ☐ Offense Supplement ☐ Custody Supplement ☐ Follow-up Report ☐ Other | Type Offense / Incident: Harrassing / Obscene Phone Calls | Date of This Report: 9/4/05 | Date of Original Report: 9/4/05 | Zip Code: 39503 | Area: 82 |
|---|---|---|---|---|---|
| | Suspect/Victim Name: William D. Seal | | | | |

| Status | Qty | Article | Brand, Make or Manufacturer | Model Name or Number | Description (Color, Size, Etc) | Serial Number and/or OAN | Value |
|---|---|---|---|---|---|---|---|

On 9/4/05, approximately 2100 hrs, Capt Pope spoke by phone to a male who identified himself as William D. Seal, 14 Heather Ln., Gulfport MS, 228-832-7221. Mr Seal was slurring his speech and was rambling about a female police officer accusing his out-of-state adult sons of looting. Capt. Pope attempted to learn the identity of this unidentified person who accused Mr. Welch's sons of looting by asking Mr Welch numerous questions. Mr. Welch kept using profane expressions such as "mother fucker" "asshole" and "God-damned". Capt Pope asked Mr. Welch to stop using profane language. Mr. Welch was very hostile and sarcastic saying arent police officers supposed to "Protect and serve" and "big deal". Mr Welch then began to cuss again when Capt. Pope terminated the phone call. Mr Welch called back and began to cuss Dispatcher Felicia Watkins. Capt Pope instructed Watkins to hang up and send a unit to 14 Heather Lane to handle the problem. Mr. Welch called back and spoke to Capt Pope. Capt Pope informed Welch that units were on the way to his residence to "handle the problem". Mr Welch then terminated the conversation.

**OFFENSE STATUS**

| Reporting Officer: ID # 08 Name: Pope | OPEN | CLOSED | |
|---|---|---|---|
| Reviewing Supervisor: ID # 5487 Name: | ☐ Suspended / Inactive | ☒ Cleared Adult Arrest | ☐ Unfounded |
| Detective Assigned: ID # Name: | ☐ Patrol Follow-up | ☐ Cleared Exceptional Adult | ☐ Referred To Family Court |
| *Status  E - Evidence   S - Stolen   R - Recovered   D - Damaged | ☐ Detective Follow-up | ☐ Cleared Juvenile Arrest | ☐ Referred To Justice Court |
| Evidence Disposition: ☐ Property Room ☐ Court ☐ Detectives ☐ Returned To Owner | Signed Affidavit? ☐ Yes ☐ No ☐ Will Sign Later | ☐ Cleared Exceptional Juvenile | ☐ Referred to Other: |
| Attachments: ☐ Suspect Report ☐ Narrative ☐ Custody ☐ Vehicle Inventory ☐ Property Invoice ☐ NCIC Printout ☐ Other: | | ☐ Other Cleared Exception | |

Page ___ of ___

White – Original/Records   Yellow – Detectives/Court   Gold – Patrol   Pink – Dispatch
Narrative Report

Gulfport Police Department / 064 / Revised April 2002

# GULFPORT POLICE DEPARTMENT
## NARRATIVE REPORT

☐ Juvenile Involved

Case Number: 05-032316

☐ Original Report
☒ Offense Supplement
☐ Custody Supplement
☐ Follow-up Report
☐ Other

Type Offense / Incident: Harassing Phone Calls / Resisting Arrest
Date of This Report: 09/04/05
Date of Original Report: 09/04/05
Zip Code: 39503
Area: B-2

Suspect/Victim Name: William David Seal

(B-2) On 09/04/05, at about 2101 hours, I responded to 14 Heather Ln, Gulfport, MS, 39503 on a report of a subject living there who was harassing our dispatch and others over the phone. Captain P. Pope #8 Gulfport Police, advised that subject needed to be arrested. Upon arrival, I contacted w/m suspect William David Seal, D.O.B. [redacted], S.S.N. [redacted], who was sitting on the trunk of a car, drinking beer, in his driveway. I asked Seal if he had been harassing our dispatchers and others over the phone. Seal advised that he had been. I told Seal to get off his vehicle. Seal said "Fuck you guys!" — and attempted to flee inside to his residence. I grabbed Seal and took him to the ground. Seal struggled and fought with officers assisting me, that had arrived from out of town. Seal refused to put his hands behind his back. I struck Seal in his arms with my fists to make him release his hands from under his body. Myself and other officer were able to finally place handcuffs on Seal. I transported Seal to our downtown station (200) and processed him.

Reporting Officer: ID# 6628 Name: J. Waring
Reviewing Supervisor: ID# 6223 Name: T. Smith 128

OFFENSE STATUS — CLOSED: ☒ Cleared Adult Arrest

Page 03 of 03