# EXHIBIT C

driley

From: "DAVID SEAL" <psychrnc@hotmail.com>
To: <dlgriley@co.harrison.ms.us>
Cc: <psychrnc@hotmail.com>
Sent: Tuesday, September 13, 2005 5:59 PM
Subject: FW: Dear Sheriff Payne

Dear Major Rilry:
I tried the Sheriff and he doesn't respond. Thank you for your time.
Sincerely'
William D Seal

*[Handwritten notes:]* called Seal on 9/20/05 0940 left message to call me. snbw

9/21/05 1700 left message no call

9/23/05 10 15 hr left message gave cell #'s. no call. tan

>From: "DAVID SEAL" <psychrnc@hotmail.com>
>To: sheriffpayne@co.harrison.ms.us
>CC: Joey1554@aol.com, theGreatEarthMother@hotmail.com,
>housekeepermd@yahoo.com, jimandjanie@bellsouth.net, stringmar@aol.com,
>mtnmama@cinci.rr.com, wlox@wlox.com, tiner@sunherald.com,
>letters@sunherald.com, psychrnc@HOTMAIL.COM
>Subject: Dear Sheriff Payne
>Date: Sun, 11 Sep 2005 02:35:20 +0000
>
>Dear Sheriff Payne:
>I wish to know how to file a complaint ,as I was was arrested by the
>Gulfport police and beaten by them, yes BEATEN! I had called the Gulfport
>Police and complained that 4 women in a SUV came to my home and wanted to
>know about my 2 sons looting the home next door. The one woman that wanted
>information had no uniform on and presented no ID.
>I called the Gulfport PD and a squad of 3 cars full of Gulfport cops
>arrived at my home . I thought that they slammed my head into the
>pavement.but after talking to neighbors it may have been my car trunk.
>My neighbor tells me that she and her husband witnessed the entire event
>and they hollered HEY at the Gulfport cops and the beating stopped
>immediately.
>The Gulfport cops were then very courteous toward them.
>I was taken to some Gulfport cop station and then to your jail.
>I had a large jagged laceration that was bleeding profusely. I was seen by
>a nurse at the jail and she stated that I needed to go to the hospital. Your
>booking officers accepted me and then refused me proper medical care.
>The nurse did dress my laceration. The booking cop threaten me with pouring
>alcohol or Peroxide on my wound. I told them that I was an RN and to not
>pour such caustic substances on a fresh tissue wound.
>Your booking officers BEAT me again. A fat white booking cop and the others
>placed the choke hold on me and one stated place the cuffs as tight as you
>can on him. This was when I think I passed out.
>I recall the booking officer saying that there was nothing on tape as the
>camera was down.
>This arrest took place on Sunday evening of the 4th.
>I was given a breakfast without a spoon on the morning of the 5th. I was
>provided a 8 ounce carton of milk with that meal. I was seen by medical



EXHIBIT 4 Seal

>sometime Monday afternoon by the physician and he had me sent to Memorial
>Hospital. The transport officer was kind to me.
>The physician at your facility and at MHG stated that my wound need much
>earlier treatment. The MD at MHG numbed and stopped granulation of my wound
>and promoted bleeding ,so he could suture my wound. He ordered Keflex,as
>antibiotics were appropriate transport officer took me to medical upon
>return and the nurse there gave me a drink of water so I could swallow my
>Keflex an and 2 Tylenol.
>I was in B-F and sometime around 4:30 of 5 PM I was released.
>I begged for a spoon or a cup all the time I was on B-F. The officers there
>said they were trying to get us that.
>Sir,I was in your jail from Sunday Pm until Tuesday afternoon and I
>received 8 ounces of milk and a sip of water.
>That is inhumane treatment in my opinion.
>OH: I asked for my prescription for Keflex as I was being released.The
>boking officer cursed me and said shutup.
>Why can't I at least have my prescription that was written with my name on
>it?
>Sincerely'
>Willliam, D Seal
>
>PS: I posted other addresses so others know to never allow a cop from this
>area near them.
>
>

9/16/2005

SEP. 19. 2005 10:17AM    HARRISON COUNTY SHERRIF                NO. 0114   P. 1

dshoemake@co.harrison.ms.us

From: DAVID SEAL [psychrnc@hotmail.com]
Sent: Saturday, September 10, 2005 9:35 PM
To: sheriffpayne@co.harrison.ms.us
Cc: Joey1564@aol.com; theGreatEarthMother@hotmail.com; housekeepermd@yahoo.com; jimandjanie@bellsouth.net; stringmar@aol.com; mtnmama@cinci.rr.com; wlox@wlox.com; tiner@sunherald.com; letters@sunherald.com; psychrnc@hotmail.com
Subject: Dear Sheriff Payne

S 39-9327

Dear Sheriff Payne:
I wish to know how to file a complaint ,as I was was arrested by the Gulfport police and beaten by them,yes BEATEN! I had called the Gulfport Police and complained that 4 women in a SUV came to my home and wanted to know about my 2 sons looting the home next door.The one woman that wanted information had no uniform on and presented no ID.
I called the Gulfport PD and a squad of 3 cars full of Gulfport cops arrived at my home . I thought that they slammed my head into the pavement.but after talking to neighbors it may have been my car trunk.
My neighbor tells me that she and her husband witnessed the entire event and they hollered HEY at the Gulfport cops and the beating stopped immediately. The Gulfport cops were then very courteous toward them.
I was taken to some Gulfport cop station and then to your jail.
I had a large jagged laceration that was bleeding profusely. I was seen by a nurse at the jail and she stated that I needed to go to the hospital.Your booking officers accepted me and then refused me proper medical care.
The nurse did dress my laceration. The booking cop threaten me with pouring alcohol or Peroxide on my wound. I told them that I was an RN and to not pour such caustic substances on a fresh tissue wound.
Your booking officers BEAT me again.A fat white booking cop and the others placed the choke hold on me and one stated place the cuffs as tight as you can on him.This was when I think I passed out.
I recall the booking officer saying that there was nothing on tape as the camera was down.
This arrest took place on Sunday evening of the 4th.
I was given a breakfast without a spoon on the morning of the 5th. I was provided a 8 ounce carton of milk with that meal.I was seen by medical sometime Monday afternoon by the physician and he had me sent to Memorial Hospital. The transport officer was kind to me.
The physician at your facility and at MHG stated that my wound need much earlier treatment. The MD at MHG numbed and stopped granulation of my wound and promoted bleeding ,so he could suture my wound. He ordered Keflex,as antibiotics were appropriate transport officer took me to medical upon return and the nurse there gave me a drink of water so I could swallow my Keflex an and 2 Tylenol.
I was in B-F and sometime around 4:30 of 5 PM I was released.
I begged for a spoon or a cup all the time I was on B-F. The officers there said they were trying to get us that.
Sir,I was in your jail from Sunday Pm until Tuesday afternoon and I received 8 ounces of milk and a sip of water.
That is inhumane treatment in my opinion.
OH: I asked for my prescription for Keflex as I was being released.The boking officer cursed me and said shutup.
Why can't I at least have my prescription that was written with my name on it?
Sincerely'
Willliam, D Seal

PS: I posted other addresses so others know to never allow a cop from this area near them.

1