# EXHIBIT  E

```
                                                                    1
 1              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                       SOUTHERN DIVISION

 3

 4    GARY BRICE McBAY,
             Plaintiff,
 5

 6    VERSUS              CIVIL ACTION NO: 1:07cv1205LG-RHW

 7

      HARRISON COUNTY, MISSISSIPPI,
 8    by and through its Board of
      Supervisors; HARRISON COUNTY
 9    SHERIFF, George Payne, in his
      official capacity; CORRECTIONS
10    OFFICER MORGAN THOMPSON,
      acting under color of state law,
11           Defendants.

12

13    _____

              30(b)(6) DEPOSITION OF HARRISON
14             COUNTY SHERIFF'S DEPARTMENT,
                 GIBRAN WERBY, DESIGNEE
15    _____

16         Taken at the offices of Dukes, Dukes,
           Keating & Faneca, P.A., 2909 13th
17         Street, Sixth Floor, Gulfport,
           Mississippi, on Friday, October 2, 2009,
18         beginning at 9:07 a.m.

19

20    APPEARANCES:

21         MARK V. WATTS, ESQUIRE
           Brown Buchanan, P.A.
22         796 Vieux Marche' Mall, Suite 1
           Biloxi, Mississippi  39530
23            ATTORNEY FOR PLAINTIFF

24
                                              COPY
25
```

```
 1   MS. BROOM:
 2          That's fine.
 3   MR. WATTS:
 4      Q.   So were you with Harrison County after
 5   the storm for just a month or was it a few months
 6   after?
 7      A.   Oh, no.  It was a just -- it was a very
 8   short period of time.  Until the FBI came back up,
 9   then I went back with them.
10      Q.   Okay.  And so when you were there, you
11   had occasion to work on an incident with an
12   arrestee named William David Seal?
13      A.   I did.
14      Q.   And how did you get that assignment?
15      A.   As it normally was done through the
16   sheriff who directed Steve Campbell who directed
17   me.
18      Q.   And when you would get an assignment to
19   go and do an investigation, what would be the
20   first things you would do to start that
21   investigation?
22      A.   Read whatever report was available from
23   the complainant, if it was an outside complaint.
24   If it was an internal type of thing, I would read
25   whatever reports were generated from the internal
```

1  side.
2      Q.  And specifically as to Mr. Seal, what
3  reports did you read initially to get you started
4  on this investigation?
5      A.  An e-mail that was sent from Mr. Seal to
6  the sheriff or to the warden.  I'm not sure.
7      Q.  Do you remember what the complainant or
8  the e-mail said?
9      A.  Yes.
10     Q.  What did it say?
11     A.  Basically that he was -- he was claiming
12 that he was beaten, that he was not given
13 medication, that he was not treated by the medical
14 staff, that he didn't have a spoon, that he didn't
15 have proper hydration, things like that.
16     Q.  After you read the e-mail and the
17 complaint, what was the next thing you did as far
18 as the investigation?
19     A.  Attempted to determine who -- which
20 officers was working at the time.  I came up with
21 when he was checked into the jail, when did he
22 come in, tried to get any reports that were
23 available, who were the officers involved and so
24 forth.
25     Q.  Were there any reports such like that

```
 1   MR. WATTS:
 2          Let's go off the record for a couple
 3   minutes and let me read this.
 4               (Off the record.)
 5   MR. WATTS:
 6      Q.   I marked your notes you just gave us as
 7   Exhibit 20.  On the second page of your notes, it
 8   says that -- I believe this is what it says,
 9   Morgan Thompson was struck by Seal and Wills used
10   brachial plexus stun on him.
11      A.   Wills stated he used a brachial plexus
12   stun on him.
13      Q.   And does it say Morgan Thompson -- is
14   this, was struck by Seals?
15      A.   Right.  That was what Wills --
16      Q.   That's what Wills told you?
17      A.   Right.
18      Q.   That Morgan Thompson was physically
19   struck by Seals?
20      A.   Yes.
21      Q.   And on the third page, it says that
22   Mr. Seal was -- put Seal in choke hold, cuff him
23   as tight as can.  Is that what Mr. Wills told you?
24      A.   No.
25      Q.   What is that note in reference to?
```

```
 1        A.   Right.
 2   MR. WATTS:
 3            I'm done.  No more questions.
 4                       EXAMINATION
 5   BY MR. BRENDEL:
 6        Q.   My name is Ian Brendel.  I represent
 7   some of the various correctional officers at the
 8   jail.  I just have one follow-up question that I
 9   can think of right now.  You mentioned earlier you
10   had viewed the videotape with Mr. Seal and
11   Mr. Thompson and another correctional officer; is
12   that correct?
13        A.   With another correctional officer?
14        Q.   Yes, sir.
15        A.   I reviewed it with Captain Campbell.  He
16   and I reviewed the tape together.
17        Q.   Bottom line is, you saw the tape --
18        A.   Yes.
19        Q.   -- where Mr. Seal made the complaints in
20   his e-mail and other things about what happened to
21   him at the jail; is that correct?
22        A.   Yes.
23        Q.   You described that he moved his arm like
24   that, and you never really described what you
25   meant.
```

```
 1    property in a bag.  So his hands are like this
 2    (indicating).
 3         Q.   Both hands are on the counter?
 4         A.   On the counter.  And Morgan Thompson was
 5    here.
 6         Q.   When you say "here," which side are you
 7    referring to?
 8    MS. BROOM:
 9              Yes.  Articulate "here."  To his left
10    side?
11         A.   Morgan Thompson was over here on the
12    left side.
13    MR. BRENDEL:
14         Q.   Was there another correctional officer
15    on the right side?
16         A.   Yeah.  Morgan Thompson would have been
17    behind, like on the right side.
18         Q.   Okay.  I'm getting confused now.  You're
19    saying Morgan Thompson on the left and --
20         A.   Morgan Thompson on the left.  I mean,
21    Wills was over on the other side.
22         Q.   So Morgan Thompson was on the left,
23    Wills was on the right side; is that correct?
24         A.   Right, right.
25         Q.   All right.  Go ahead.
```

```
 1         A.   And then the hand went up like that
 2    (indicating).
 3         Q.   Okay.  I want you to describe what "like
 4    that" means.
 5         A.   It means a very quick strike to Morgan
 6    Thompson.
 7         Q.   Was it with a closed fist or an open
 8    fist; can you remember?
 9         A.   I couldn't tell whether it was an open
10    or closed fist.  All I saw was a very quick
11    movement up to -- like a back-hand to his facial
12    area.
13         Q.   When you made that movement, it looks
14    like the movement was with your left hand?
15         A.   Right.
16         Q.   Would that be Mr. Seals --
17         A.   Right.  It was the left arm and hand.
18         Q.   And that was towards Morgan Thompson?
19         A.   Yes.
20    MR. BRENDEL:
21              Okay.  Thank you.  That's all the
22    questions I have.
23                        EXAMINATION
24    BY MR. WATTS:
25         Q.   I've just got two follow-ups.  When you
```