# 28 DAY REPORTING FORM

Name: Steve Campbell

Area of Assignment: Professional Standards

Reporting Period: 2-19-07 BEGINNING   3-18-07 ENDING

APPROVED: I hereby certify these hours as recorded Are true and correct

Ask Sheriff (with) or without - per M. Parker. yes he is on Admin leave with pay!

I hereby certify these hours, as recorded, are true and correct:

_____
EMPLOYEE'S SIGNATURE

| DATE | DAY | WORK CODE | TIME IN | MEAL IN OUT | TIME OUT | TIME IN | TIME OUT | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 2/19 | 1/Mon | | | | | | | 8 |
| 2/20 | 2/Tues | | | | | | | 8 |
| 2/21 | 3/Wed | | | | | | | 8 |
| 2/22 | 4/Thur | | | | | | | 8 |
| 2/23 | 5/Fri | | | | | | | 8 |
| 2/24 | 6/Sat | | | | | | | |
| 2/25 | 7/Sun | | | | | | | |
| 2/26 | 8/Mon | | | | | | | 8 |
| 2/27 | 9/Tues | | | | | | | 8 |
| 2/28 | 10/Wed | | | | | | | 8 |
| 3/1 | 11/Thur | | | | | | | 8 |
| 3/2 | 12/Fri | | | | | | | 8 |
| 3/3 | 13/Sat | | | | | | | |
| 3/4 | 14/Sun | | | | | | | |
| 3/5 | 15/Mon | | | | | | | 8 |
| 3/6 | 16/Tues | | | | | | | 8 |
| 3/7 | 17/Wed | | | | | | | 8 |
| 3/8 | 18/Thur | | | | | | | 8 |
| 3/9 | 19/Fri | | | | | | | 8 |
| 3/10 | 20/Sat | | | | | | | |
| 3/11 | 21/Sun | | | | | | | |
| 3/12 | 22/Mon | | | | | | | 8 |
| 3/13 | 23/Tues | | | | | | | 8 |
| 3/14 | 24/Wed | | | | | | | 8 |
| 3/15 | 25/Thur | | | | | | | 8 |
| 3/16 | 26/Fri | | | | | | | 8 |
| 3/17 | 27/Sat | | | | | | | |
| 3/18 | 28/Sun | | | | | | | |

(written across table: Administrative Leave with pay)

| | |
|---|---|
| D | |
| A | |
| S | |
| X | |
| U | |
| H | |
| M | |
| C | |

CODE  W-Worked
D-Day Off
A-Personal Leave
S-Major Medical Leave*
X-Administrative Leave
U-Unexcused Absence
H-Holiday
M-Military Leave
C-Compensatory

*Major Medical Leave is granted ONLY after one (1) day of Personal Leave is used. The fourth day of major medical leave must be accompanied by a doctor's certificate.

**SUMMARY OF HOURS**
Hrs. Enf. _____
Hrs. Tng. _____
Hrs. Crt. _____

**FOR PERSONAL USE ONLY**
HRS. WORKED _____
FLSA _____ 171

X   1.5
Compensatory Earned _____

FOR PATROL ONLY: PLEASE CIRCLE OR MARK YOUR DAYS OFF

SUN.   THURS.
MON.   FRI.
TUES.  SAT.

EXHIBIT F

3-30-07