# DUKES, DUKES, KEATING & FANECA, P.A.

Walter W. Dukes
Hugh D. Keating
Cy Faneca
Phillip W. Jarrell *
W. Edward Hatten, Jr.
Trace D. McRaney
Bobby R. Long
———————
Je'Nell B. Blum **
Haley N. Broom
Jon S. Tiner
Matthew M. Williams
Adam B. Harris

*also licensed in TX
**also licensed in CA

2909 13th Street, Sixth Floor
Gulfport, Mississippi 39501
Telephone: 228-868-1111
Facsimile: 228-863-2886
www.ddkf.com

WILLIAM F. DUKES
(1927 - 2003)

Gulfport Mailing Address:
Post Office Drawer W
Gulfport, Mississippi 39502
Toll Free: (888) 542-2034

———————

Hattiesburg Office:
100 Dudley W. Conner Street
Hattiesburg, Mississippi 39401
Telephone: 601-583-0999
Facsimile: 601-583-0997

October 22, 2009

**VIA HAND-DELIVERY**
Patrick Buchanan, Esquire
Mark Watts, Esquire
Brown Buchanan, P.A.
796 Vieux Marche', Suite 1
Biloxi, MS 39533

  Re: McBay v. Harrison County, Mississippi, et al.
     Civil Action No. 1:07cv1205

     Carrubba v. Harrison County, Mississippi, et al.
     Civil Action No. 1:07cv1238

     Vanderburg v. Harrison County, Mississippi, et al.
     Civil Action No. 1:08cv90

     Seal v. Harrison County, Mississippi, et al.
     Civil Action No. 1:08cv175

Dear Mr. Buchanan and Mr. Watts:

  As we discussed previously, the CD downloaded from Steve Campbell's PC #1 provided to us by the Harrison County Sheriff's Department did not have any videos on it. This CD did contain a series of color photos, most of which were from Steve Campbell's vacation. As we discussed, there are color photos of two Harrison County Adult Detention Center inmates, one of whom was a white male dressed in prison clothing and the other a black male inmate not in prison clothing. Neither of these inmates were your clients. There was also a series of pictures depicting an investigation of a Harrison County Sheriff's Department patrol deputy involved in a shooting. Pursuant to our previous conversation, we are not providing the photos from this CD.

  After viewing these photos, we reviewed the CD with other software and discovered that there were numerous documents on this CD. These documents include Internal Affairs Investigation Reports, and other documents which refer to the investigation of personnel matters, smuggling of


EXHIBIT G

contraband into the jail, and patrol division investigations, etc. Enclosed please find a copy of each one of the documents from this CD, along with an index identifying same. Due to the sensitive and confidential nature of some of the information in these documents, please shred any documents you do not believe are relevant and let me know which documents you believe are relevant and intend to use at trial.

Very truly yours,

Joe C. Gewin

JCG/tam
Enclosures


cc:     Cy T. Faneca
        Haley N. Broom