LAW OFFICES OF

# DUKES, DUKES, KEATING & FANECA, P.A.

2909 13th Street, Sixth Floor
Gulfport, Mississippi 39501
Telephone: 228-868-1111
Facsimile: 228-863-2886
www.ddkf.com

Walter W. Dukes
Hugh D. Keating
Cy Faneca
Phillip W. Jarrell *
W. Edward Hatten, Jr.
Trace D. McRaney
Bobby R. Long

~~~~~~~

Je'Nell B. Blum **
Haley N. Broom
Jon S. Tiner
Matthew M. Williams
Adam B. Harris

*also licensed in TX
**also licensed in CA

WILLIAM F. DUKES
(1927 - 2003)

Gulfport Mailing Address:
Post Office Drawer W
Gulfport, Mississippi 39502
Toll Free: (888) 542-2034

~~~~~~

Hattiesburg Office:
100 Dudley W. Conner Street
Hattiesburg, Mississippi 39401
Telephone: 601-583-0999
Facsimile: 601-583-0997

October 7, 2009

<u>VIA FACSIMILE 601-360-7550</u>
Norman E. Comeaux, Esq.
Federal Bureau of Investigations
100 West Capital Street, Suite 1553
Jackson, MS 39269

<u>Trial Calendar</u>

Re:   McBay v. Harrison County, Mississippi, et al.          March 8, 2010
      Civil Action No. 1:07cv1205

      Carrubba v. Harrison County, Mississippi, et al.       September 13, 2010
      Civil Action No. 1:07cv1238

      Vanderburg v. Harrison County, Mississippi, et al.     May 10, 2010
      Civil Action No. 1:08cv90

      Seal v. Harrison County, Mississippi, et al.           March 8, 2010
      Civil Action No. 1:08cv175

Dear Mr. Comeaux:

As a follow up to our October 5, 2009 phone conversation, enclosed please find a photo copy of the back of a PC in Steve Campbell's old Harrison County Adult Detention Center office, which shows the computer name plate data and a felt pen notation, which appear to be:

Video
282A JN - 31186
10/11/06

As this PC is believed to be the one used to view booking area digital videos from the digital recording computer server, this information may be useful in your inquiry.



EXHIBIT
H

Sincerely,

*[signature]*

Joe C. Gewin

JCG/tam
Enclosure





LAW OFFICES OF

# DUKES, DUKES, KEATING & FANECA, P.A.

Walter W. Dukes
Hugh D. Keating
Cy Faneca
Phillip W. Jarrell *
W. Edward Hatten, Jr.
Trace D. McRaney
Bobby R. Long
~~~~~~~
Je'Nell B. Blum **
Haley N. Broom
Jon S. Tiner
Matthew M. Williams
Adam B. Harris

*also licensed in TX
**also licensed in CA

2909 13th Street, Sixth Floor
Gulfport, Mississippi 39501
Telephone: 228-868-1111
Facsimile: 228-863-2886
www.ddkf.com

WILLIAM F. DUKES
(1927 - 2003)

Gulfport Mailing Address:
Post Office Drawer W
Gulfport, Mississippi 39502
Toll Free: (888) 542-2034

~~~~~~~

Hattiesburg Office:
100 Dudley W. Conner Street
Hattiesburg, Mississippi 39401
Telephone: 601-583-0999
Facsimile: 601-583-0997

October 2, 2009

Norman E. Comeaux, Esq.
Federal Bureau of Investigations
100 West Capital Street, Suite 1553
Jackson, MS 39269

Trial Calendar

Re:  McBay v. Harrison County, Mississippi, et al.           March 8, 2010
     Civil Action No. 1:07cv1205

     Carrubba v. Harrison County, Mississippi, et al.        September 13, 2010
     Civil Action No. 1:07cv1238

     Vanderburg v. Harrison County, Mississippi, et al.      May 10, 2010
     Civil Action No. 1:08cv90

     Seal v. Harrison County, Mississippi, et al.            March 8, 2010
     Civil Action No. 1:08cv175

Dear Mr. Comeaux:

I would like to confirm your receipt of the attached correspondence sent on September 18, 2009 and inquire as to when we may receive a response to this request.

I look forward to your response.

Sincerely,

Joe C. Gewin

JCG/tam
Attachment

LAW OFFICES OF

# DUKES, DUKES, KEATING & FANECA, P.A.

2909 13th Street, Sixth Floor
Gulfport, Mississippi 39501
Telephone: 228-868-1111
Facsimile: 228-863-2886
www.ddkf.com

Walter W. Dukes
Hugh D. Keating
Cy Faneca
Phillip W. Jarrell *
W. Edward Hatten, Jr.
Trace D. McRaney
Bobby R. Long

Je'Nell B. Blum **
Haley N. Broom
Jon S. Tiner
Matthew M. Williams
Adam B. Harris

*also licensed in TX
**also licensed in CA

WILLIAM F. DUKES
(1927 - 2003)

Gulfport Mailing Address:
Post Office Drawer W
Gulfport, Mississippi 39502
Toll Free: (888) 542-2034

Hattiesburg Office:
100 Dudley W. Conner Street
Hattiesburg, Mississippi 39401
Telepone: 601-583-0999
Facsimile: 601-583-0997

September 18, 2009

Norman E. Comeaux, Esq.
Federal Bureau of Investigations
100 West Capital Street, Suite 1553
Jackson, MS 39269

|  |  | Current Trial dates,<br>3 week trial calendar<br>beginning on: |
|---|---|---|
| Re: | McBay v. Harrison County, Mississippi, et al.<br>Civil Action No. 1:07cv1205 | March 8, 2010 |
|  | Carrubba v. Harrison County, Mississippi, et al.<br>Civil Action No. 1:07cv1238 | September 13, 2010 |
|  | Vanderburg v. Harrison County, Mississippi, et al.<br>Civil Action No. 1:08cv90 | May 10, 2010 |
|  | Seal v. Harrison County, Mississippi, et al.<br>Civil Action No. 1:08cv175 | March 8, 2010 |

Dear Mr. Comeaux:

Subsequent to the Harrison County Adult Detention Center booking incident on January 7, 2006 which led to the death of detainee Jessie Lee Williams, the United States Department of Justice, pursuant to a Subpoena, seized boxes of documents, laptop computers, boxes of audio, VHS, and DVD recordings, a restraint chair, and numerous other items from the Harrison County Adult Detention Center. On or about May 2, 2008, boxes of documents and items were returned to the custody of the Harrison County Sheriff's Department and, with the exception of the restraint chair, were housed in a room at the law offices of Dukes, Dukes, Keating, & Faneca, P.A. in Gulfport, MS.

During the discovery process in the above referenced matters, Plaintiff's counsel have repeatedly requested that we account for the items seized by the Federal Government, as compared to the items returned by the Federal Government. In order to respond to the Plaintiff's numerous requests regarding these items, I would appreciate it if you could assist us in this endeavor, either by providing information or by directing us to personnel who can provide the information. Specifically, the Plaintiff's have requested the following information:

1. Documentation regarding the items and documents seized by the Department of Justice and an inventory of items and documents returned on or about May 2, 2008, and an accounting of any items not returned for any reason.

2. Among the items seized by the Department of Justice were laptop computers used by Steve Campbell and Rick Gaston. However, upon information and belief it is our understanding that two (2) PC's that were in or near Steve Campbell's office were not seized and taken from the premises. We would like to know if the data on either one or both of these personal computers were downloaded and saved by the Department of Justice, and if so, we would like to obtain a copy of the downloaded data.

Haley Broom and I recently met with Mississippi Bureau of Investigations Agent Joel Wallace regarding the itemization of the items that were seized by the Department of Justice. Mr. Wallace was very helpful and provided us with copies of materials that he had in his possession but these documents do not appear to be conclusive as to what was seized, what was returned, and whether the information stored on either one or both of the personal computers was downloaded and saved by the Department of Justice. We would appreciate it if you would provide us with the requested information or provide us with contact information for the individual(s) or departments who may be able to assist in this matter. I am enclosing a copy of the materials seized by the Department of Justice (provided by MBI Agent Wallace) and a copy of the materials returned to Dukes, Dukes, Keating & Faneca as inventoried by the Harrison County Sheriff's Department.

I look forward to your response.

Sincerely,

Joe C. Gewin

JCG/tam